UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**

**JUNE 21, 2022**

Clerk, U.S. District Court
Eastern District of California
By ___KKS___
Deputy Clerk

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:18CR0222-01 WBS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| **ANTHONY JEROME TURNER,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **ANTHONY JEROME TURNER** Case 2:18CR0222-01

WBS  from custody for the following reasons:

    \_     Release on Personal Recognizance

    \_     Bail Posted in the Sum of _____

    \_     Unsecured bond

    \_     Appearance Bond with 10% Deposit

    \_     Appearance Bond secured by Real Property

    \_     Corporate Surety Bail Bond

    **X**     **(Other)**   **Defendant was sentenced to a term of TIME SERVED.**

Issued at  Sacramento, CA  on  June 21, 2022      at  _11:20_ a.m./p.m.  .

By _William B. Shubb_
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing